**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
THOMAS H. VIDAL (204432) tvidal@agmblaw.com
MICHAEL J. WIESS (206473) mwiess@agmblaw.com
NINA N. AMERI (231025) nameri@agmblaw.com
5900 Wilshire Blvd., Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Attorneys for Plaintiff MICHAEL LAMB

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAMB , <br><br> Plaintiff, <br><br> v. <br><br> KEVIN DARLING; FIRST COASTAL FINANCIAL CORPORATION, INC.; and DOES 1-10, <br><br> Defendants. | CASE NO. 8:10-cv-01777-JAK JEM <br><br> **JUDGMENT (JS-6)** <br><br> *[Filed concurrently with Notice of Stipulated Judgment and Declaration of Michael J. Weiss]* |

TO THE COURT AND ALL PARTIES OF INTEREST:

On June 20, 2011, Plaintiff Michael Lamb filed a Notice of Stipulated Judgment. Plaintiff's counsel, Michael J. Weiss, submitted a declaration establishing that Defendants Kevin Darling and First Coastal Financial failed to comply with the terms of the Settlement Agreement and Mutual Release of Claims (the "Settlement Agreement"), and that $316,250 is due to Plaintiff. The Settlement and Release Agreement signed by Defendants provide that Plaintiff may file it and obtain judgment by stipulation if Defendants fail to pay Lamb the settlement amount "in strict compliance" with the

---

**(Proposed) Judgment**
**Case No. 8:10-cv-01777-JAK -JEM | 1**

payment schedule set forth in the Settlement Agreement.

The Court hereby ENTERS JUDGMENT awarding $316,250 pursuant to the Stipulated Judgment.

Therefore it is ORDERED, ADJUDGED, AND DECREED that Judgment in the amount of $316,250 is awarded to Plaintiff Lamb.

DATED: June 22, 2011

John A. Kronstadt, U.S. District Judge

Submitted by:

By:_____
ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
Thomas H. Vidal
Michael J. Weiss
Nina N. Ameri
Attorneys for Plaintiff